IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT OF FLORIDA,
IN AND FOR ORANGE COUNTY FLORIDA

JOSE MENDEZ,

    Plaintiff,　　　　　　　　　　　CASE NO.:

v.

GARDA CL SOUTHEAST, INC., a
foreign corporation,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff JOSE MENDEZ (hereinafter "Plaintiff"), by and through undersigned counsel, hereby sues Defendant GARDA CL SOUTHEAST, INC., a foreign corporation (hereinafter "Defendant"), and states as follows:

### JURISDICTION AND VENUE

1. This action is instituted pursuant to the Fair Labor Standards Act ("FLSA") regarding unpaid overtime wages.

2. Subject matter jurisdiction exists with this court pursuant to 29 U.S.C. 216(b).

3. Venue is proper in this court, because all or a substantial part of the events giving rise to the claim, including the unlawful employment practices, occurred in Orange County, Florida.

### PARTIES

4. Plaintiff is an individual who at all times relevant herein was residing in Orange County, Florida. Plaintiff was and is a non-exempt, hourly paid employee for Defendant GARDA CL SOUTHEAST, INC.

1



5. At all times material to this Complaint, Plaintiff was an employee of Defendant, GARDA CL SOUTHEAST, INC.

6. At all times material to this Complaint, Defendant GARDA CL SOUTHEAST, INC. was and is a Georgia for-profit corporation that is authorized to do business in the State of Florida.

7. Defendant GARDA CL SOUTHEAST, INC. is an employer as defined under the FLSA, 29 U.S.C. § 203(d).

8. Defendant GARDA CL SOUTHEAST, INC., at all times relevant to this action was an enterprise covered by the FLSA, as defined by 29 U.S.C. § 203(r) and 203(s).

9. Plaintiff, at all times relevant to this action, engaged in interstate commerce as defined by the FLSA, 29 U.S.C. § 203(s). Alternatively, Plaintiff Mendez was engaged in interstate commerce.



10. The annual gross sales volume of Defendant exceeded $500,000.00 per year, at all times relevant to this action.

11. Defendant GARDA CL SOUTHEAST, INC. has its principal place of business in Florida located at 9820 Satellite Boulevard, Orlando, Florida, 32837.

## GENERAL ALLEGATIONS

12. Plaintiff was an employee of Defendant, GARDA CL SOUTHEAST, INC., commencing in approximately September 2004. He started his employment as a Driver/Messenger, however was promoted in 2005 to Night Time Supervisor. In October 2010, Plaintiff was moved to the position of Vault Personnel.

13. Plaintiff was and is an hourly employee and was paid an average of $16.20 per hour.

14. Plaintiff has not been compensated for all hours worked for Defendant, including overtime hours worked in excess of forty (40) hours but less than fifty (50) hours. Plaintiff was compensated at time and one half for all hours worked above fifty (50) hours per week.

15. Defendant failed to pay Plaintiff's full compensation for all weeks which he worked, including failing to pay Plaintiff's time and one half for all hours worked in excess of forty (40) hours per work week but less than fifty (50) hours per week.

16. Upon information and belief, Defendant failed to fully compensate Plaintiff and currently owes Plaintiff overtime wages in an amount to be determined based on ten (10) unpaid overtime hours per week for the recoverable time period through and including January of 2011.

### COUNT I: VIOLATION OF THE OVERTIME PROVISIONS OF THE FAIR LABOR STANDARDS ACT AGAINST GARDA CL SOUTHEAST, INC.

17. Plaintiff hereby reincorporates and realleges paragraphs 1 through 16 as if fully set forth herein.

18. Defendant willfully violated the Fair Labor Standards Act by failing to compensate Plaintiff for time and one half his regular rate of pay, for all overtime hours worked in excess of forty (40) hours in a given work week. During the course of Plaintiff's employment, Defendant failed to pay Plaintiff overtime wages for work in excess of forty (40) hours but less than fifty (50) hours per week.

19. As a result of Defendant's intentional, willful, and unlawful acts in refusing to pay Plaintiff time and one half his regular rate of pay for each hour worked in excess of forty (40) hour work week, Plaintiff has suffered damages including reasonable attorney's fees and costs.



WHEREFORE, Plaintiff demands judgment against Defendant for unpaid overtime wages found to be due and owing, as well as liquidated damages, plus interest, attorney's fees and costs of bringing this action.

## DEMAND FOR A JURY TRIAL

Pursuant to Florida Rule of Civil Procedure, Rule 1.430, Plaintiff hereby requests a trial by jury on all issues so triable.

WHEREFORE, Plaintiff prays for judgment against Defendant for unpaid overtime wages, liquidated damages, plus interest, attorney's fees and costs of bringing this action, and any other relief this court deems appropriate.

DATED this 9th day of September, 2011.

s/ Richard W. Smith
RICHARD W. SMITH, ESQUIRE
Florida Bar No. 0013943
Fisher, Rushmer, Werrenrath,
Dickson, Talley & Dunlap, P.A.
20 North Orange Avenue, Suite 1500
Post Office Box 712
Orlando, Florida 32802-0712
Telephone:   (407) 843-2111
Facsimile:   (407) 422-1080
Attorneys for Plaintiff
rsmith@fisherlawfirm.com

L:\RWS\Mendez v. Garda\PLEADING\Complaint.doc