**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSE MENDEZ,

        Plaintiff,

v.   Case No: 6:11-cv-1707-Orl-36KRS

GARDA CL SOUTHEAST, INC.,

        Defendant.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on June 8, 2012 (Doc. 27). In the Report and Recommendation, Judge Spaulding recommends that the Court grant the parties' Renewed Joint Motion to Approve Settlement, filed on May 16, 2012 (Doc. 25), and dismiss this case with prejudice. The parties filed a Joint Notice of No Objection to the Report and Recommendation of Magistrate Judge Spaulding on June 15, 2012 (Doc. 28).

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between Plaintiff Jose Mendez ("Plaintiff") and Defendant Garda CL Southeast, Inc. is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 27) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Renewed Joint Motion to Approve Settlement (Doc. 25) is **GRANTED**. The Settlement (Doc. 25-Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. Counsel for Plaintiff is prohibited from withholding any portion of the amount payable to Plaintiff under the Settlement Agreement pursuant to a contingent fee or otherwise, and must provide Plaintiff with a copy of the Court's Order.

4. This action is **DISMISSED**, with prejudice.

5. The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 18, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record